Michael P. Lehmann (77152)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
mlehmann@CMHT.com
One Embarcadero Center
Suites 526 A & B
San Francisco, CA 94111
Telephone: (415) 623-2047
Facsimile: (415) 433-5994
[Additional counsel listed on signature page]

FILED
07 OCT 23 PM 2:57

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WON B. KANG and JOONG H. KANG, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>Defendants. | No.<br><br>**EMC**<br><br>**NOTICE OF RELATED CASES**<br><br>**Local Rule 3-13** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-13, Plaintiffs Won B. Kang and Joong H. Kang provide notice that *Kang v. Korean Air Lines Co., Ltd. et al.*, Case No. C -07-4016 ("*Kang*"), involves all or a material part of the same subject matter and all or substantially all of the same parties as the following pending actions filed in this District:

1. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-3985

2. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*, Case No. C 07-4016

3. *Ben Lee v. Korean Air Lines Go., Ltd.*, Case No. C 07-4085

- 1 -                                   NOTICE OF RELATED CASES

4. *Yun Ghoi v. Korean Air Lines Go., Ltd.*, Case No. C 07-4173

5. *Yoon S. Ghang v. Korean Air Lines Go., Ltd. et al.*, Case No. C 07-4244

6. *Kirby Kim v. Korean Air Lines Go., Ltd.*, Case No. C 07-4245

7. *Scott McLean v. Korean Air Lines Go, Ltd., et al.*, Case No. C 07-4297

8. *Martin Kaufman v. Korean Air Lines Go., Ltd.*, Case No. C 07-4349

9. *Bricker v. Korean Air Lines Go., Ltd. et al.*, Case No. C 07-4508

10. *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4509-MMC

*Kang* also involves all or a material part of the same subject matter and all or substantially all of the same parties as following pending actions filed in other districts:

1. *Kim v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1 1427 (D. Mass.)

2. *Hyun Park et al. v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5 107 (C.D. Cal.)

3. *Van Horn v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1228 (W.D. Wash.)

4. *Pak v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1263 (W.D. Wash.)

5. *Nam v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1264 (W.D. Wash.)

6. *Moon et al. v. Korean Air Lines Go., Ltd.*, Case No. 07-cv- 1280 (W.D. Wash.)

7. *Ghung v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1281 (W.D. Wash.)

8. *Kim v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1 294 (W.D. Wash.)

9. *Desa Philadelphia v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5453 (C.D. Cal.)

10. *Kim v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-3526 (E.D.N.Y.)

11. *Kim et al. v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-1313 (W.D. Wash.)

12. *Gliff Park v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-5561 (C.D. Cal.)

13. *Laura Albee v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5593 (C.D. Cal.)

14. *Kim v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-1337 (W.D. Wash.)

15. *Heung-Ki Youn v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5583 (C.D. Cal.)

| | |
|---|---|
| Dated: October 23, 2007 | Respectfully submitted, |

By: /s/ Michael P. Lehmann
Michael P. Lehmann (77152)
**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
One Embarcadero Center
Suites 526 A & B
San Francisco, CA 94111
Telephone: (415) 623-2047
Facsimile: (415) 433-5994
mlehmann@CMHT.com

Steven A. Kanner
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com; dmillen@fklmlaw.com;
mmoskovitz@fklmlaw.com

Andrew B. Sacks
John K. Weston
**SACKS & WESTON**
114 Old York Road
Jenkintown, Pennsylvania 19046
Telephone: (215) 925-8200
Facsimile: (215) 925-0508
ABS@sackslaw.com; JKW@sackslaw.com