1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  mlehmann@CMHT.com
   One Embarcadero Center
3  Suites 526 A & B
   San Francisco, CA  94111
4  Telephone:  (415) 623-2047
   Facsimile:   (415) 433-5994
5  [Additional counsel listed on signature page]

6

7  *Counsel for Plaintiffs and the Proposed Class*

8  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**

9

10  _____
    WON B. KANG and JOONG H. KANG,          :
11  on behalf of themselves                  :   Case No. C-07-05406-EMC
    and all others similarly situated,       :
12                                           :
                              Plaintiffs,    :   **NOTICE OF LODGING OF
13                                           :   ADMINISTRATIVE MOTION TO
             v.                              :   CONSIDER WHETHER CASES
14                                           :   SHOULD BE RELATED**
    KOREAN AIR LINES CO., LTD., and          :
15  ASIANA AIRLINES, INC.,                   :
                                             :
16                           Defendants.     :
    _____   :
17
    **TO THE COURT AND ALL PARTIES:**
18
           PLEASE TAKE NOTICE that Plaintiffs Won B. Kang and Joong H. Kang, pursuant to
19
    L.R. 12(b) and as defined by L.R. 1-5(m), are hereby lodging with the Court copies of the
20
    following documents, filed November 1, 2007 in *In re International Air Transportation and*
21
    *Surcharge Antitrust Litigation*, Master File No. M:06-1793-CRB, MDL No. 1793.
22
           1.     Administrative Motion to Consider Whether Cases Should Be Related.
23
           2.     [Proposed] Order Relating Cases.
24
           3.     Declaration of Michael P. Lehmann in Support of Administrative Motion to
25
                  Consider Whether Cases Should Be Related.
26

27

28
    NOTICE OF LODGING OF
    ADMINISTRATIVE MOTION          - 1 -             CASE NO. C-07-05406-EMC
    TO RELATE CASES

| | | |
|---|---|---|
| 1 | Dated: November 1, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | By: | */s/ Michael P. Lehmann* |
| | | Michael P. Lehmann (77152) |
| 4 | | **COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.** |
| 5 | | One Embarcadero Center |
| | | Suites 526 A & B |
| 6 | | San Francisco, CA  94111 |
| 7 | | Telephone:  (415) 623-2047 |
| | | Facsimile:   (415) 433-5994 |
| 8 | | mlehmann@CMHT.com |
| 9 | | |
| | | Steven A. Kanner |
| 10 | | Douglas A. Millen |
| | | Michael E. Moskovitz |
| 11 | | **FREED KANNER LONDON & MILLEN LLC** |
| 12 | | 2201 Waukegan Road, Suite 130 |
| | | Bannockburn, IL 60015 |
| 13 | | Telephone:  (224) 632-4500 |
| 14 | | Facsimile:  (224) 632-4521 |
| | | skanner@fklmlaw.com; dmillen@fklmlaw.com; |
| 15 | | mmoskovitz@fklmlaw.com |
| 16 | | Andrew B. Sacks |
| | | John K. Weston |
| 17 | | **SACKS & WESTON** |
| 18 | | 114 Old York Road |
| | | Jenkintown, Pennsylvania 19046 |
| 19 | | Telephone:  (215) 925-8200 |
| | | Facsimile:   (215) 925-0508 |
| 20 | | ABS@sackslaw.com; JKW@sackslaw.com |

NOTICE OF LODGING OF
ADMINISTRATIVE MOTION                   - 2 -              CASE NO. C-07-05406-EMC
TO RELATE CASES