1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  mlehmann@CMHT.com
   One Embarcadero Center
3  Suites 526 A & B
   San Francisco, CA  94111
4  Telephone:  (415) 623-2047
   Facsimile:   (415) 433-5994
5  [Additional counsel listed on signature page]

6  *Counsel for Plaintiffs and the Proposed Class*

7

8  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
9

10 _____

11 IN RE INTERNATIONAL AIR         :   Master File No. M:06-1793-CRB
   TRANSPORTATION SURCHARGE        :
12 ANTITRUST LITIGATION            :   MDL No. 1793
                                   :
                                   :   **[PROPOSED] ORDER
13 **THIS DOCUMENT RELATES TO:**   :   RELATING CASES**
                                   :
14 *Won B. Kang and Joong H. Kang* :
    *v. Korean Airlines Co., Ltd., et al.,* :
15 Case No. C-07-05406-EMC         :   The Honorable Charles R. Breyer
                                   :
16 *Christopher James Lee and Yang Hee Lee* :
   *v. Korean Airlines Co., Ltd., et al.,*  :
17 Case No. C-07-05407-VRW         :
                                   :
18 *Peter Kim v. Korean Airlines Co., Ltd.,* :
   *et al.,* Case No. C-07-05409-BZ :
19 _____:

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      On November 1, 2007, Plaintiffs Won B. Kang, Joong H. Kang, Christopher James Lee, Yang Hee Lee and Peter Kim filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

      IT IS ORDERED that the following cases are related:

*In re International Air Transportation Surcharge Litigation*, Master File No. M:06-1793-CRB, MDL No. 1793

*Kang v. Korean Air Lines Co. Ltd. et al*, No. C-07-5406-EMC

*Lee v. Korean Air Lines Co. Ltd. et al.*, No. C-07-5407-VRW

*Kim v. Korean Air Lines Co. Ltd. et al.*, No. C-07-5409-BZ

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                     The Honorable Charles R. Breyer
                                                                     United States District Court