1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN,**
2  **HAUSFELD & TOLL, P.L.L.C.**
   One Embarcadero Center
3  Suite 2440
   San Francisco, CA  94111
4  Telephone:  (415) 983-3321
   Facsimile:  (415) 986-3643
5

6  *Attorneys for Plaintiffs*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | WONG KANG and JOONG KANG, ) | Case No. 3:07 CV 05406 CRB
   | individually and on behalf of all others )
13 | similarly situated, )
   | )
14 |                   Plaintiffs, ) | Hon. Judge Charles Breyer
   | )
15 | v. )
   | )
16 | KOREAN AIR LINES CO., LTD., and )
   | ASIANA AIRLINES, INC., )
17 | )
   |                   Defendants. )
18 | _____ )

19

**NOTICE OF CHANGE OF ADDRESS:**

20

21     Notice is hereby given that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein

22  Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111,

23  hereby changes his address effectively immediately.  His new address is:

24

25              Michael P. Lehmann
                Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
26              One Embarcadero Center, Suite 2440
                San Francisco, CA 94111
27              Tel:  (415) 983-3321
                Fax  (415 986-3643
28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Notice of Change of Address                                                                                      - 1 -
Case No. 3:07 CV 05406 CRB

|   |                                                                                   |
|---|-----------------------------------------------------------------------------------|
| 1 |                                                                                   |
| 2 |                                         Respectfully submitted,                   |
| 3 |                                                                                   |
| 4 | Dated:  December 6, 2007                COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |

 /s/Michael P. Lehmann
Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center.
Suite 2440
San Francisco, CA  0094111
T:  (415) 986-3321
F:  (415) 986-3643

Notice of Change of Address
Case No. 3:07 CV 05406 CRB                                                        - 2 -