| | |
|---|---|
| 1 | Michael P. Lehmann (77152) |
| | **COHEN, MILSTEIN,** |
| 2 | **HAUSFELD & TOLL, P.L.L.C.** |
| | One Embarcadero Center |
| 3 | Suite 2440 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 229-2080 |
| | Facsimile:  (415) 986-3643 |
| 5 | |
| 6 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONG KANG and JOONG KANG, individually and on behalf of all others similarly situated, | Case No. 3:07 CV 05406 CRB |
| Plaintiffs, | Hon. Judge Charles Breyer |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS:

Notice is hereby given that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111, hereby changes his telephone number effective immediately.  His new telephone number is:

Michael P. Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Tel:  (415) 229-2080
Fax  (415) 986-3643

Respectfully submitted,

Dated:  January 3, 2008

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

 /s/Michael P. Lehmann
Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center.
Suite 2440
San Francisco, CA  94111
T:  (415) 229-2080
F:  (415) 986-3643