**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

February 12, 2008

U.S. District Court  
Central District of California (Western Division)  
312 North Spring Street, Room G-8  
Los Angeles, CA 90012

RE: CV 07-05406 CRB   WON G. KANG ET AL -v- KOREAN AIR LINES CO.
     **MDL 1891   Your case no. CV 08-646 SJO (MANx)**

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.

- ☒ Certified copy of Transferral Order.

- ☒ Original case file documents.

- ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                        Sincerely,  
                                        RICHARD W. WIEKING, Clerk

                                        by:  Maria Loo  
                                        Case Systems Administrator

Enclosures  
Copies to counsel of record